DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
CAYLA J. WITTY, ESQ.
Nevada Bar No. 12897
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: deverie.christensen@jacksonlewis.com
E-Mail: cayla.witty@jacksonlewis.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADAM RICKETSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CUSTOM SECURITY GUARD AND PATROL, LLC, a Nevada limited liability company,<br><br>Defendant. | 2:25-cv-00750-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff ADAM RICKETSON ("Plaintiff"), by and through his counsel, Greenburg Gross LLP, and Defendant CUSTOM SECURITY GUARD AND PATROL, LLC ("Defendant"), by and through its counsel, the law firm of Jackson Lewis P.C., that Defendant shall have until **July 11, 2025**, in which to file its response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1. Plaintiff served Defendant with the Summons and Complaint on May 20, 2025, making Defendant's response to Plaintiff's Complaint due on June 10, 2025.

2. Defendant's counsel was very recently retained and is still in the process of investigating Plaintiff's allegations which include numerous causes of action and significant damages.

3.  The Parties have agreed to extend the deadline for Defendant to file its response to Plaintiff's Complaint to July 11, 2025, to allow Defendant sufficient time to address the allegations within the Complaint.

4.  This is the first stipulation to extend the time for Defendant to respond to Plaintiff's Complaint.

5.  The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

6.  This Stipulation is made in good faith and not for the purpose of delay.

7.  Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 2nd day of July, 2025.

| GREENBERG GROSS LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Marian L. Massey* | */s/    Cayla J. Witty* |
| JEMMA E. DUNN, ESQ. | DEVERIE J. CHRISTENSEN, ESQ. |
| MATTHEW T. HALE, ESQ. | CAYLA J. WITTY, ESQ. |
| MARIAN L. MASSEY, ESQ. | 300 S. Fourth St., Suite 900 |
| MICHAEL A. BURNETTE, ESQ. | Las Vegas, Nevada 89101 |
| 1980 Festival Plaza Drive, Suite 730 | |
| Las Vegas, Nevada 89135 | *Attorneys for Defendant* |
| | |
| *Attorneys for Plaintiff* | |
| *Adam Ricketson* | |

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated:   July 2, 2025