JEMMA DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MMassey@GGTrialLaw.com*

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADAM RICKETSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CUSTOM SECURITY GUARD AND PATROL, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:25-cv-00750-APG-MDC<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION**<br><br>**(FIRST REQUEST)** |

Plaintiff Adam Ricketson ("Plaintiff"), and Defendant Custom Security Guard and Patrol, LLC ("Defendant"), by and through their undersigned counsel of record, hereby agree and stipulate as follows:

1. On July 29, 2025, this Court filed an Order Scheduling Early Neutral Evaluation ("ENE") (ECF No. 15) in this matter for October 20, 2025 at 10:00 a.m.

2. Due to a scheduling conflict, the Parties agree to continue the ENE to any of the following dates: October 10, 2025, October 24, 2025, November 7, 2025, November 14, 2025, or

November 21, 2025.

3. This is the first request to continue the ENE. This request is made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

Dated: September 19, 2025

**GREENBERG GROSS LLP**

*/s/ Marian L. Massey, Esq.*
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
Marian L. Massey, Esq.
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

Dated: September 19, 2025

**JACKSON LEWIS P.C.**

*/s/ Cayla J. Witty, Esq.*
Deverie J. Christensen, Esq.
Cayla J. Witty, Esq.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED. The Early Neutral Evaluation scheduled for October 20, 2025 is **VACATED** and **RESET for October 24, 2025 at 10:00 a.m.**

IT IS FURTHER ORDERED that written evaluation statements are by 4:00 p.m. on Friday, October 17, 2025.

UNITED STATES MAGISTRATE JUDGE

DATED: 9/26/2025