Cayla J. Witty
Nevada Bar No. 12897
cayla.witty@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorney for Defendant Custom Security Guard and Patrol, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ADAM RICKETSON, an individual,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>CUSTOM SECURITY GUARD AND PATROL, LLC, a Nevada limited liability company,<br><br>　　　　　　Defendant. | Case No.: 2:25-cv-00750-APG-MDC<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION SESSION**<br><br>**[SECOND REQUEST]** |

Plaintiff Adam Ricketson ("Plaintiff") and Defendant Custom Security Guard and Patrol, LLC ("Defendant") (collectively referred to as the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree to continue the date for the Early Neutral Evaluation (ENE) Session presently scheduled for October 24, 2025, at 10:00 a.m., before U.S. Magistrate Daniel J. Albregts (ECF No. 19), due to Defendant's representative being currently hospitalized.

The Parties are available and propose the following five (5) alternative dates, as follows:

- Friday, November 7, 2025;
- Friday, November 14, 2025;
- Thursday, December 4, 2025;
- Friday, December 5, 2025; and
- Friday, December 12, 2025.

The parties further request that the confidential written evaluation statement be due to Magistrate Daniel J. Albregts' chambers one week prior to the new date of the ENE session by 4:00 p.m. This extension is sought in good faith, and not for the purpose of delay.

IT IS SO STIPULATED

DATED this 16th day of October 2025.

GREENBERG GROSS LLP

/s/ *Marian L. Massey*
Jemma Dunn
Nevada Bar No. 16229
Matthew T. Hale
Nevada Bar No. 16880
Marian L. Massey
Nevada Bar No. 14579
1980 Festival Plaza Drive
Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff*

DATED this 16th day of October, 2025.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Cayla J. Witty*
Cayla J. Witty
Nevada Bar No. 12897
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorney for Defendant Custom Security Guard and Patrol, LLC*

## ORDER

IT IS SO ORDERED. The Early Neutral Evaluation scheduled for October 24, 2025 is **VACATED** and **RESET for Friday, December 5, 2025 at 10:00 a.m.**

IT IS FURTHER ORDERED that written evaluation statements are by 4:00 p.m. on Friday, November 28, 2025.

DATED: 10/17/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE