JEMMA DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
  *JDunn@GGTrialLaw.com*
  *MHale@GGTrialLaw.com*
  *MMassey@GGTrialLaw.com*

*Attorneys for Plaintiff Adam Ricketson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADAM RICKETSON, an individual, | Case No.: 2:25-cv-00750-APG-MDC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| CUSTOM SECURITY GUARD AND PATROL, LLC, a Nevada limited liability company, | |
| Defendant. | |

-1-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff Adam Ricketson ("Plaintiff"), by and through his counsel of record, Greenberg Gross LLP, and Defendant Custom Security Guard and Patrol, LLC ("Defendant") by and through its counsel of record, Ogletree, Deakins, Nash, Smoak, & Stewart, P.C., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of this action, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: March 10, 2026.

GREENBERG GROSS LLP

OGLEETREE, DEAKINS NASH, SMOAK & STEWART, P.C.

/s/ Marian L. Massey, Esq.

/s/ Cayla J. Witty, Esq.

JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

CAYLA J. WITTY
Nevada Bar No. 12897
10801 W. Charleston Boulevard, Suite 500
Las Vegas, Nevada 89135
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: March 11, 2026

-2-

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE